**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMERICAN POSTAL WORKERS UNION AFL-CIO** *et al.*,<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**UNITED STATES POSTAL SERVICE,**<br><br>    **Defendant.** | Case No.: 12-CV-5327 YGR<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING FORM OF ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

The Court is in receipt of a Notice of Decision by Defendant United States Postal Service to Postpone Reassignment of American Postal Workers Union Represented Employees (Dkt. No. 45) and Plaintiffs' Response to Defendant's Notice (Dkt. No. 49).

Accordingly, the parties are **ORDERED TO MEET AND CONFER** regarding a form of order on Plaintiffs' Motion for Preliminary Injunction, which seeks to enjoin Defendant from subcontracting truck driving routes until a grievance is resolved through an arbitration scheduled for November 27 and November 28, 2012, in light of the notification by Defendant that "'[i]f the Postal Service decides to transition to highway contract routes, any impacted APWU-represented employees will remain in their current positions until they are scheduled for reassignment, which will be no earlier than January 26, 2013, consistent with the provisions of Article 12 of the National Agreement.'"

If said form of order is filed in advance of the hearing on preliminary injunction, then the hearing will be taken off calendar. If the parties need additional time to file said form of order, the parties should advise the Court of same, and the Court can continue the hearing. Otherwise the hearing shall take place as scheduled.

**IT IS SO ORDERED**.

**Date:** November 7, 2012

                  _____
                  **YVONNE GONZALEZ ROGERS**
                  **UNITED STATES DISTRICT COURT JUDGE**